IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Maron Isom; | ) | CIVIL ACTION NO. 3:04-1037-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Ford Motor Credit Co., Wendell Holman, and Sandra Holman; | ) ) ) | |
| Defendants. | | |

For reasons stated orally during a hearing held by this Court on March 27, 2007, the Magistrate Judge's recommendation denying Defendant's motion for summary judgment is hereby approved. Defendant's motion for summary judgment is **DENIED**.

AND IT IS SO **ORDERED**.

UNITED STATES DISTRICT JUDGE
Matthew J. Perry, Jr.

  Columbia  , South Carolina

April 5, 2007